DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVF FLORIDA HOLDINGS, LLC** and **U.S. FERTILITY, LLC,**
Appellants,

v.

**TAYLOR HOFFMAN** and **GREGORY S. HOFFMANN, JR.,**
Appellees.

No. 4D2025-1997

[January 22, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Ruth Bell, Judge; L.T. Case No. 50-2025-CA-001723-XXXA-MB.

Robin N. Khanal and Michelle E. Missigman of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, and Thomas A. Valdez and Megan G. Colter of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for appellants.

Jack Scarola and Victoria Mesa-Estrada of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, and Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

FORST, SHEPHERD and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***